## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSHUA KUVAAS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01033-PMP-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On August 6, 2009, the state attorney general filed a notice of non-acceptance of service as to the defendant Correctional Medical Services (docket #4). Plaintiff has failed to file a motion pursuant to Rule 4(m) of the Federal Rules of Civil Procedure identifying the unserved defendant and requesting issuance of summons, or taken any action whatsoever. Accordingly, this action is dismissed without prejudice for failure to prosecute. If plaintiff wishes to pursue his claims, he shall file a new action with a new application to proceed *in forma pauperis* and a new case number.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 18th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE